AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

United States of America

v.

Jiajiang ZHOU "aka" Kaiyu MOK, and
Jian ZHOU "aka" Akasaka REI, "aka" Kim WU,
"aka" Kris WU, "aka" Misao KESKI,

Defendants

(AMENDED)

Case No.   8:24-mj-00146-DUTY

**FILED**
Mar 28, 2024
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY  Nancy Boehme
Deputy Clerk, U.S. District Court

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of May 31, 2019, September 16, 2019 and September 30, 2019, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) | Distribution of Methamphetamine |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Henry Blackwell
Complainant's signature

Henry Blackwell, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: March 28, 2024

Judge's signature

City and state: Santa Ana, California

Hon. Douglas F. McCormick, U.S. Magistrate Judge
Printed name and title

AUSA: Jennifer Waier (714-338-3550)

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Henry Blackwell, being duly sworn, declare and state as follows:

**TRAINING AND EXPERIENCE**

1. I am a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), and have been so employed since April 2017. I am currently assigned to a taskforce under the Transnational Criminal Organizations division ("TCO") called "Strike Force," located in Los Angeles, California. The Strick Force is responsible for investigating drug trafficking violations some of which involve mail parcels, including those sent internationally.

2. Prior to being assigned to Strike Force, I was assigned to the HSI Office of the Assistant Special Agent in Charge in El Segundo, California, as part of the Los Angeles International Airport ("LAX") Border Enforcement Security Taskforce, which is responsible for investigating drug trafficking violations involving international mail. Before my current employment with HSI, I served as a U.S. Customs and Border Protection Officer ("CBPO") from November 2014 until April 2017 at LAX. Prior to becoming a CBPO, I worked for U.S. Border Patrol ("BP") from August 2013 to November 2014.

3. I graduated from the Criminal Investigator Training Program, at the Federal Law Enforcement Training Center in December of 2017. I also completed the CBPO Academy in April

2015, as well as the BP Academy in February 2014; both are located at the Federal Law Enforcement Training Center.

4. Through my training, I have learned of HSI's criminal investigative authority, as well as investigative techniques. HSI is responsible for enforcing federal criminal statutes prohibiting, among other things, the distribution of and possession with intent to distribute drugs, in violation of Title 21 of the United States Code and money laundering. During my employment with HSI, I have investigated the smuggling of drugs throughout the United States as well as money laundering violations.

5. I have executed search warrants to seize evidence of violations of federal and state law, as well as effected arrest warrants to apprehend individuals who have committed such violations. I am familiar with how drug traffickers, exporters, money launders, and smugglers, use digital devices and the U.S. mail system to facilitate and conceal their crimes.

## PURPOSE OF AFFIDAVIT

6. This affidavit is made in support of a criminal complaint and arrest warrant for **Jiajiang ZHOU** (also known as ("aka") "Kaiyu MOK") and **Jian ZHOU** (aka Akasaka REI, aka Kim WU, aka Kris WU, aka Misao KESKI) for a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) (Distribution of Methamphetamine).

7. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel, witnesses, and databases. This affidavit is intended to show

merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only and all dates are approximate.

### SUMMARY OF INVESTIGATION

8. HSI, together with the Federal Bureau of Investigation ("FBI") and other law enforcement agencies, is investigating one or more international drug-trafficking organizations ("DTOs") operating in the Central District of California, and elsewhere. Over the course of the investigation, various suspects have imported drugs into the United States from Mexico, Great Britain, Canada, Japan, New Zealand, Australia, and other countries, and then shipped methamphetamine and other drugs to domestic and foreign destinations by concealing the drugs inside mail parcels.

9. As discussed below, between May 2019 and September 2019, HSI, U.S. Customs and Border Protection ("CBP"), and Japanese authorities seized eight parcels destined for Japan, New Zealand, and Australia containing methamphetamine. An HSI laboratory discovered the latent prints of Jian ZHOU and Jiajiang ZHOU on some of the items used to conceal the methamphetamine seized by law enforcement. Video surveillance was obtained showing Jian ZHOU and Jiajiang ZHOU mailing out some of the parcels destined for Japan, New Zealand, and Australia containing methamphetamine.

**STATEMENT OF PROBABLE CAUSE**

10. The following is based on my review of law enforcement reports, conversations with other law enforcement agents, law enforcement databases, and my own knowledge of the investigation.

A. **The May 31, 2019 Parcel**

11. On or about May 31, 2019, I intercepted a parcel with FedEx Express tracking number 806756895243 (the "05/31/2019 METH PARCEL").[1] The following shipping information was associated with the 05/31/2019 METH PARCEL: Shipper: Miaso KESKI at 938 N Harper Ave., West Hollywood, CA 90069, Phone:6267473787; Consignee: Aaron AARON at 39 Moona St. Burwood East, Victoria, Australia, Phone:0484027816, the commodity description was "Pants, T-Shirts." The 05/31/2019 METH PARCEL was mailed from "The Mail Room" located at 10820 Beverly Blvd., Ste A5, Whittier, CA 90601 on May 31, 2019.

12. An examination of the 05/31/2019 METH PARCEL revealed clothing items and one medium sized couch pillow. Further examination of the couch pillow revealed a plastic sealed bag of methamphetamine, wrapped in tin foil, hidden inside the couch pillow.

13. I submitted the plastic wrap and tinfoil used to conceal the methamphetamine found in the 05/31/2019 METH PARCEL to the CBP forensics laboratory, located in Long Beach California, for latent fingerprint analysis. The CBP laboratory

---

[1] Unless otherwise noted, law enforcement searched the parcels referenced in this warrant pursuant to the border search exception.

was able to recover 11 latent fingerprints belonging to Jiajiang ZHOU on the tinfoil which was wrapped around the methamphetamine.

14. I observed surveillance video provided by The Mail Room showing two Asian Male Suspects mailing out the 05/31/2019 METH PARCEL on May 31, 2019. Based on Jiajiang ZHOU's California driver's license photograph (CADL# F4760802), I was able to identify that Jiajiang ZHOU, along with another individual, mailed the 05/31/2019 METH PARCEL. The other individual was later identified as Jian ZHOU.

15. I observed surveillance video provided by the owner of "Pamore Pizza," located at 5416 Norwalk Blvd., Ste. b3, Whittier, California, showing Jiajiang ZHOU and Jian ZHOU in a 2017 white BMW, 4 door sedan with a black sunroof (the "BMW") just before mailing out the 05/31/2019 METH PARCEL at The Mail Room on May 31, 2019. Both stores are located in the same shopping center. The surveillance video showed the BMW park near the front of Pamore Pizza. I observed Jiajiang ZHOU exit the driver's side of the BMW. Jian ZHOU then exited the passenger side of the BMW. After exiting the BMW, Jiajiang ZHOU opened the driver's side rear passenger door and removed the 05/31/2019 METH PARCEL from the back seat of the BMW. After that, both Jiajiang ZHOU and Jian ZHOU took the 05/31/2019 METH PARCEL to The Mail Room.

16. The substance inside the 05/31/2019 METH PARCEL was tested by the CBP laboratory, and it determined that the substance contained 993.8 grams of methamphetamine.

**B.   The June 4, 2019 Parcel**

17.   On June 6, 2019, U.S. Customs and Border Protection ("CBP") intercepted a parcel, associated with FedEx tracking number 787680492235, destined for New Zealand (the "06/04/2019 METH PARCEL").

18.   The following shipping information was associated with the 06/04/2019 METH PARCEL: Shipper: Akasaka REI at 519 Foothill Rd., Beverly Hills, CA 90201, Phone:6267473787;[2] Consignee: Andy KUN at 22 Umere Cresent, Ellerslie, Auckland, New Zealand, Phone:02041621464, the commodity description was "Pants, T-Shirts."  Records provided by FedEx, pursuant to a subpoena, showed the shipping for the 06/04/2019 METH PARCEL was paid for by an account belonging to the "Post Annex Plus" located at 317 W La Habra Blvd., Ste. 2, La Habra, CA 90631, and FedEx received the 06/04/2019 METH PARCEL on June 4, 2019, at the FedEx facility located at 687 N Eucalyptus Ave., Inglewood, CA 90302. No surveillance video was obtained related to this parcel.

19.   An examination of the contents of the 06/04/2019 METH PARCEL revealed a towel, some clothing items, and one medium sized couch pillow.  Further examination of the couch pillow revealed a plastic sealed bag of methamphetamine, wrapped in tin foil, hidden inside the couch pillow, which contained approximately 1.02 kilograms of methamphetamine, based on presumptive testing.  The medium sized couch pillow found in the 06/04/2019 METH PARCEL appeared to be the same brand and style

---

[2] This is the same phone number that was listed as the shipper's phone number on the 05/31/2019 METH PARCEL.

as the medium sized couch pillow used to conceal the methamphetamine found in the 05/31/2019 METH PARCEL.

20. CBP photographed and destroyed the contents of the 06/04/2019 METH PARCEL in accordance with their policies.

    C.    **The July 9, 2019 Parcel**

21. On July 11, 2019, CBP intercepted a parcel, associated with UPS tracking # 1Z90246E6799640422, destined for Australia (the "07/09/2019 METH PARCEL"). The following shipping information was associated with the 07/09/2019 METH PARCEL: Shipper: Kim WU at 801 E Newmark Ave., Monterey Park, CA 991755, Phone:6265028917; Consignee: Sam SAM at 35 Moona Street, Burwood East, Victoria, Australia, Phone:0432652166, and the commodity description was "Misc/Coffee/Chocolate."

22. An examination of the contents inside the 07/09/2019 METH PARCEL revealed three bags of coffee, seven chocolate candy bars, and four tin cans of coffee. Further examination of the four tin cans of coffee revealed four packages of methamphetamine concealed inside the tin cans of coffee, containing approximately 967 grams of methamphetamine based on presumptive testing. The methamphetamine was photographed and destroyed by CBP in accordance with their policies.

23. I submitted the items used to conceal the methamphetamine found in the 07/09/2019 METH PARCEL to the HSI Forensic Laboratory for a latent print examination. The HSI Forensic Laboratory found seven latent fingerprints on the adhesive side of the tape used to seal the 07/09/2019 METH PARCEL, belonging to Jian ZHOU.

D. **The September 16, 2019 Parcel**

24. On September 17, 2019, CBP intercepted a parcel associated with DHL tracking number 4510601535 destined for Japan (the "09/16/2019 METH PARCEL"). The following shipping information was associated with the 09/16/2019 METH PARCEL: Shipper: Akasaka REI at 801 E. Newmark Ave. Monterey Park, CA 91755, Phone: 6267473787; Consignee: Alai MIKIO at Shimonagaya 6-9-1, Yokohama, Japan, Phone:08074804577, and the commodity description was "coffee, cookies." The 09/16/2019 METH PARCEL was mailed out from The Mail Room located at 10820 Beverly Blvd, Ste A5, Whittier, CA 90601 on September 16, 2019.

25. An examination of the contents in the 09/16/2019 METH PARCEL revealed six bundles of methamphetamine, wrapped in plastic and tinfoil, concealed inside "Starbucks" coffee bags, and two bundles of methamphetamine, wrapped in plastic and tinfoil, concealed inside "Tate's" cookie bags.

26. On September 17, 2019, HSI SA Jorge Marron observed surveillance video provided by The Mail Room showing Jian ZHOU and a co-conspirator mailing out the 09/16/2019 METH PARCEL.

27. I submitted the items used to conceal the methamphetamine found in the 09/16/2019 METH PARCEL to the HSI Forensic Laboratory for a latent print examination. The HSI Forensic Laboratory found one of the Starbucks coffee bags used to conceal the methamphetamine had one latent fingerprint belonging to Jiajiang ZHOU.

28.     The CBP laboratory tested the substance inside the parcel and determined that it contained 944.06 kilograms of methamphetamine.

### E.    The September 24, 2019 Parcel

29.     On or about September 27, 2019, Japanese authorities reported the interception of a drug parcel, associated with UPS tracking number: 1ZR392F16616172925, mailed from the United States (the "09/24/2019 METH PARCEL").  The following shipping information was associated with the 09/24/2019 METH PARCEL: Shipper: Miaso KESKI at 938 N Harper Ave., West Hollywood, CA 90069, Phone:6267473787, Email: 3202288@QQ.com; Consignee: Daisuke NOGUCHI at Chofu 2-20-5, Kamiishihara, Tokyo, Japan, Phone:0809776067, and the commodity description was "3 Dictionaries and 2 magazines."

30.     Japanese authorities provided photographs of the seizure associated with the 09/24/2019 METH PARCEL.  The photographs show a UPS shipping box.  Inside the UPS box was an independently packaged shipping envelope with a diamond shape pattern and inside the shipping envelope was a bundle of "El Aviso.com" magazines.  A closer look at the bundle of "El Aviso.com" magazines showed that the center of the bundle of magazines were cut out.  There is approximately 524.7 grams of methamphetamine, based on presumptive testing, wrapped in plastic and tinfoil concealed inside.

31.     The 09/24/2019 METH PARCEL was mailed out from UPS Store 5176, located at 560 W. Main St., Suite C, Alhambra, CA 92336 ("UPS Store 5176") on September 24, 2019.

32. On October 1, 2019, I observed surveillance video provided by UPS Store 5176 showing Jian ZHOU mail out the 09/24/2019 METH PARCEL on September 24, 2019.

F. **The September 26, 2019 Parcel**

33. On September 28, 2019, CBP intercepted a parcel associated with UPS tracking number 1ZR392F16611224486 destined for New Zealand (the "09/26/2019 METH PARCEL"). The following shipping information was associated with the 09/26/2019 METH PARCEL: Shipper: Miaso KESKI at 938 N Harper Ave., West Hollywood, CA 90069, Phone:6267473787, Email: 3202288@QQ.com[3]; Consignee: Arnold GRAHAM at 22 Foster Place, Mangere East, Auckland, New Zealand, Phone:64223578964, and the commodity description was "15 magazines." An examination of the contents in the 09/26/2019 METH PARCEL revealed a bundle of "El Aviso.com" magazines. Further examination of the bundle of "El Aviso.com" magazines revealed the center of the bundle of magazines was cut out and one bundle methamphetamine, wrapped in plastic and tinfoil was concealed inside. Also contained in the 09/26/2019 METH PARCEL were some newsprint cutouts. The 09/26/2019 METH PARCEL was mailed out from UPS Store 5176.

34. On October 1, 2019, I observed surveillance video provided by UPS Store 5176 that showed that Jian ZHOU mailed the 09/26/2019 METH PARCEL on September 26, 2019.

---

[3] The shipper's information for the 09/26/2019 METH PARCEL was the exact same for 05/31/2019 METH PARCEL and 09/24/2019 METH PARCEL, and the consignee information for the 09/26/2019 METH PARCEL was the exact same as the 09/30/2019 METH PARCEL which is detailed later in this affidavit.)

35. I submitted the items used to conceal the methamphetamine found in the 09/26/2019 METH PARCEL to the HSI Forensic Laboratory for a latent print examination. The HSI Forensic Laboratory found one latent fingerprint, developed on the adhesive side of the tape from the newsprint, belonging to Jian ZHOU.

36. The CBP laboratory analyzed the substance inside the 9/26/2019 METH PARCEL and determined it contained 432.4 grams of methamphetamine.

### G. The September 30, 2019 Parcel

37. On October 8, 2019, CBP intercepted a parcel associated with United States Postal Service tracking No. CH078467847US destined for New Zealand (the "09/30/2019 METH PARCEL."). The following shipping information was associated with the 09/30/2019 METH PARCEL: Shipper: Kris WU at 424 S Romona Ave., Monterey Park, CA 991754, Phone:6267473787[4]; Consignee: Arnold GRAHAM at 22 Foster Place, Mangere East, Auckland, New Zealand, Phone:64223578964, and the commodity description was "Jacket."

38. The 09/30/2019 METH PARCEL was mailed from the U.S. Post Office located at 245 W Garvey Ave, Monterey Park, CA 91754 on September 30, 2019.

39. An examination of the contents in the 09/30/2019 METH PARCEL revealed some clothing items and a sealed Health Dog Food

---

[4] This is the same shipper's phone number that was listed on the 05/31/2019 METH PARCEL, the 06/04/2019 METH PARCEL, the 09/16/2019 METH PARCEL, the 09/24/2019 METH PARCEL, and the 09/24/2019 METH PARCEL.

Bag.  Inside the Health Dog Food Bag was a Foil Pouch.  An examination of the Foil Pouch revealed a fragrance sheet with double wrapped vacuumed sealed bag containing methamphetamine.

40.  I submitted the items used to conceal the methamphetamine found in the 09/30/2019 METH PARCEL to the HSI Forensic Laboratory for a latent print examination.  The HSI Forensic Laboratory found the cardboard box exterior had five latent fingerprints identified to Jian ZHOU, the cardboard box inner flap had one latent fingerprint identified to Jian ZHOU, and the cardboard box exterior (partially under tape) had one latent fingerprint identified to Jian ZHOU.  The HSI Forensic Laboratory also found the cardboard box exterior (partially under tape/under label) had one latent fingerprint identified to Jiajiang ZHOU, and the cardboard box exterior (under label) had one latent fingerprint identified to Jiajiang ZHOU.

41.  A review of the surveillance video, obtained from USPS, recorded on September 30, 2019, showed Jian ZHOU mailed the 09/30/2019 METH PARCEL on September 30, 2019.

42.  The CBP laboratory analyzed the substance in the 9/30/2019 METH PARCEL and determined it contained 431.06 grams of methamphetamine.

43.  On or about October 11, 2019, HSI obtained information from U.S. Postal Inspection Service ("USPIS") detailing Internet Protocol ("IP") data associated with IP addresses that were captured tracking the 09/30/2019 METH PARCEL.  The IP address 71.9.37.138 was identified as tracking the 09/30/2019 METH PARCEL.

44. On or about December 4, 2019, Charter Communications, pursuant to a subpoena, provided records showing that the IP address 71.9.37.138 was assigned to 231 S. Chandler Avenue, Apartment A, Monterey Park, California during the time it was captured tracking the 09/30/2019 METH PARCEL.

45. An examination of both Jiajiang ZHOU and Jian ZHOU's California Driver's licenses show they both list 231 S. Chandler Avenue, Apartment A, Monterey Park, California as their residence.

### H. The November 4, 2019 Parcel

46. On November 5, 2019, CBP intercepted a parcel, associated with UPS tracking number 1ZR392F16685789381 destined for Australia (the "11/04/2019 METH PARCEL"). The following shipping information was associated with the 11/04/2019 METH PARCEL: Shipper: Kaiyu MOK at 4508 Waldo Ct, Los Angeles, CA 90032, Phone: 6263217144; Consignee: Tian LI at Parcel Locker 1017299731, 2 Union St, Templestowe Lower, 3107 Australia, Phone: 0401517157, and the commodity description was "Sweater, Baby Shoes, Bottle Nipple, 2 Baby Shirts").

47. An examination of the contents in the 11/04/2019 METH PARCEL revealed a vacuumed sealed plastic bag containing methamphetamine wrapped in clothing items.

48. I submitted the items used to conceal the methamphetamine found in the 11/04/2019 METH PARCEL to the HSI Forensic Laboratory for a latent print examination. The HSI Forensic Laboratory found six latent fingerprints that were

positively identified to Jiajiang ZHOU and located on the exterior of the 11/04/2019 METH PARCEL.

49. The CBP laboratory analyzed the substance in the 11/04/2019 METH PARCEL and determined it contained 835.4 grams of methamphetamine.

## CONCLUSION

50. For all of the reasons described above, there is probable cause to believe that **Jiajiang ZHOU** and **Jian ZHOU** have committed a violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 28th day of March 2024.

_____
DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE